

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00003-CV

| | | |
|---|---|---|
| In the Interest of W.M.H., a child | § | From the 393rd District Court |
| | § | of Denton County (97-10804-16) |
| | § | November 6, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's December 2, 2013 order. We modify that order to provide that attorney Phillip E. Romero may enforce the judgment for attorney's fees "by any means available for the enforcement of a judgment for debt." We affirm the remainder of that order.

We dismiss the appeal of the September 18, 2013 order.

It is further ordered that appellant Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
　　　Chief Justice Terrie Livingston